**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7727**

DOUGLAS L. JONES,

        Plaintiff - Appellant,

    v.

MARK TIMOTHY WILLIAMS; HALIFAX COUNTY CIRCUIT COURT; BLUE
RIDGE REGIONAL JAIL AUTHORITY; PROBATION AND PAROLE DISTRICT
O8,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior
District Judge. (7:08-cv-00436-JCT-MFU)

Submitted: November 20, 2008    Decided: December 2, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Douglas L. Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas L. Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Williams, No. 7:08-cv-00436-jct-mfu (W.D. Va. July 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED